UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CRISTEN ZALESKI,**

    Plaintiff,

v.

**DENIS MCDONOUGH,**
Secretary of Veterans Affairs,
U.S. Department of Veterans Affairs,

    Defendant.

Civil No. 21-13004
Hon. Denise Page Hood
Mag. Judge Kimberly G. Altman

## STIPULATED ORDER TO EXTEND TIME

The parties, by their counsel, stipulate to extend the response deadline to Defendant's Motion for Summary Judgement (ECF No. 27) to August 15, 2023. Defendant's reply brief is due on August 29, 2023.

**IT IS SO ORDERED.**

                                                s/Denise Page Hood
                                              Denise Page Hood
                                              United States District Judge

Dated: July 26, 2023

SO STIPULATED AND AGREED TO BY:

| **Dever, Eby & Issa, PLLC** | **Dawn N. Ison** |
| | United States Attorney |

*/s/ Samuel L. Estenson*
**SAMUEL L. ESTENSON** (P82414)
301 N. Main Street, Floor 2
Ann Arbor, MI 48104
(734) 994-1295
sle@deloofdevereby.com

*Attorneys for Plaintiff*

Dated:  July 26, 2023

*/s/ Bradley H. Darling*
**BRADLEY H. DARLING** (P63176)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9137
bradley.darling@usdoj.gov

*Attorneys for Defendant*

Dated:  July 26, 2023