# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ZALESKI, CRISTEN ADELL | [redacted] | [redacted] | 09/16/2018 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 570 | CONV TO EXC APPT | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| WUM | SCH A, 213.3102(U). SEVERE PHYS DISABILITIES | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

## SECOND ACTION

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SUPPLY TECHNICIAN<br>PD: 6274-A | PURCHASING AGENT<br>PD: 06282A<br>POSITION: 91192724 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 2005 | 05 | 01 | $36,543.00 | PA | GS | 1105 | 05 | 01 | $36,543.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $28,945.00 | $7,598.00 | $36,543.00 | $0 | $28,945.00 | $7,598.00 | $36,543.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| VETERANS HEALTH ADMINISTRATION<br>LOGISTICS SERVICE<br>ANN ARBOR MI USA | VETERANS HEALTH ADMINISTRATION<br>LOGISTICS SERVICE<br>ANN ARBOR MI USA |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  (1–None, 2–5-Point, 3–10-Point/Disability, 4–10-Point/Compensable, 5–10-Point/Other, 6–10-Point/Compensable/30%) | 2  (0–None, 1–Permanent, 2–Conditional, 3–Indefinite) | | YES / X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC ONLY | 9  NOT APPLICABLE | 0  REGULAR RATE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  FERS FRAE AND FICA (FULL) | 02/08/2016 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  (1–Competitive Service, 2–Excepted Service, 3–SES General, 4–SES Career Reserved) | N  (E–Exempt, N–Nonexempt) | 8441-2327 | 1272 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 26-0150-161 | ANN ARBOR   MI |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 506 | | | | |

**45. Remarks**

THIS APPOINTMENT IS INTENDED TO CONTINUE FOR 2 YEARS.  UPON SATISFACTORY COMPLETION OF 2-YEAR TRIAL PERIOD, YOU WILL BE NONCOMPETITIVELY CONVERTED TO CAREER-CONDITIONAL APPOINTMENT.  IF PERFORMANCE IS NOT SATISFACTORY, OR YOU FAIL TO SATISFACTORILY  COMPLETE PROGRAM, EMPLOYMENT WILL BE TERMINATED.  POSITION IS AT THE FULL PERFORMANCE LEVEL OR BAND.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF VETERANS AFFAIRS | ELECTRONICALLY SIGNED BY: |
| 47. Agency Code: VATA | BRIAN BUHLER |
| 48. Personnel Office ID: 1462 | HUMAN RESOURCES OFFICER |
| 49. Approval Date: 09/16/2018 | |